UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff | ) | CRIMINAL NO. 08mj 8194 |
| | ) | |
| vs. | ) | ORDER |
| | ) | RELEASING MATERIAL WITNESS |
| Marcos Hernandez Machado | ) | Booking No. |
| Defendant(s) | ) | |

On order of the United States District/<u>Magistrate</u> Judge, **LOUISA S. PORTER**

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody: (<u>Bond Posted</u> / Case Disposed / Order of Court).

LAURA OCAMPO JIMENEZ

DATED: 3/11/08

**LOUISA S. PORTER**

UNITED STATES DISTRICT/MAGISTRATE JUDGE

RECEIVED _____  
DUSM

OR

W. SAMUEL HAMRICK, JR.   Clerk

by _____  
Deputy Clerk

PRETRIAL'S OFFICE COPY  
mc500 Crim-25 rev. 8-95

★ U.S. GPO: 2003-581-774/70082