AO 455 (Rev. 5/85) Waiver of Indictment

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | WAIVER OF INDICTMENT |
|---|---|
| v. | |
| MARCOS HERNANDEZ-MACHADO | CASE NUMBER: 08CR 752-JM / 08MJ 8194 |

    I, MARCOS HERNANDEZ-MACHADO, the above-named defendant, who is accused of committing the following offenses:

    Transportation of Illegal Aliens and Aiding and Abetting, in violation of Title 8, United States Code, Section 1324(a)(1)(A)(ii) and (v)(II) (Felony).

being advised of the nature of the charges, the proposed information, and of my rights, hereby waive in open court on 3-13-08 prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

    X Marcos Hernández Machado
    Defendant

    Defense Counsel

Before _____
Judicial Officer

**FILED**
MAR 1 3 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY