UNITED STATES DISTRICT COURT

Southern District of California

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No.: 08 CR 752 JM |
| | ) | |
| Plaintiff, | ) | ORDER |
| | ) | |
| vs. | ) | |
| | ) | |
| MARCOS HERNANDEZ MACHADO, | ) | |
| | ) | |
| Defendant(s). | ) | |

## ORDER

**GOOD CAUSE APPEARING** it is hereby ordered that the $500.00 cash deposit for the material witness bond on behalf of the material witness LAURA OCAMPO JIMENEZ t/n Hilda Laura Castro Ocampo be returned to the surety listed in the bonding documents, to wit: Catalino Vasquez Rodriguez, 3418 W. Camille Street, Santa Ana, CA 92704.

**Dated:** April 14, 2008

The Honorable Peter C. Lewis
United States Magistrate Judge

1

08 CR 0752 JM